No. 96–1618. SAENZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF SAENZ, DECEASED v. HUMANA HEALTH PLAN OF TEXAS, INC., DBA HUMANA HEALTH PLAN OF CORPUS CHRISTI, ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 96–1628. NEW YORK ET AL. v. YONKERS BOARD OF EDUCATION ET AL. C. A. 2d Cir. Certiorari denied. ▮

No. 96–1641. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL UNION No. 66 v. HOUSTON LIGHTING & POWER CO. C. A. 5th Cir. Certiorari denied. ▮

No. 96–1642. ALPEX COMPUTER CORP. v. NINTENDO CO. LTD. ET AL. C. A. Fed. Cir. Certiorari denied. ▮

No. 96–1668. SHEEHAN v. DAILY RACING FORM, INC. C. A. 7th Cir. Certiorari denied. ▮

No. 96–1670. TAYLOR ET AL. v. RHODE ISLAND DEPARTMENT OF CORRECTIONS ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 96–1672. PHILLIPS CO. v. SOUTHERN PACIFIC RAIL CORP. ET AL. C. A. 10th Cir. Certiorari denied. ▮

No. 96–1674. BYRNES ET AL. v. LCI COMMUNICATIONS HOLDINGS CO. ET AL. Sup. Ct. Ohio. Certiorari denied. ▮

No. 96–1684. MUCKLOW v. FARROW HARVEY ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 96–1685. CALIFORNIA v. BROOME. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 96–1688. SCHLESSINGER v. SALIMES ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 96–1689. McCoy v. CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied. ▮